IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Judge Conner |
| v. | : | Docket #1:06-CR-319 |
| JERRY L. RICHARDS | : | (filed electronically) |

**ORDER**

AND NOW, this 18th day of April, 2007 upon motion of defendant's counsel, IT IS HEREBY ORDERED that leave is granted to withdraw Document No. 86.

Christopher C. Conner
United States District Court