# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0319** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **JERRY L. RICHARDS** | : | |

## **ORDER**

AND NOW, this 3rd day of July, 2007, upon consideration of defendant's motion (Doc. 112) for appointment of counsel on appeal, it is hereby ORDERED that the motion (Doc. 112) is DENIED without prejudice to defendant's right to file his request with the United States Court of Appeals for the Third Circuit.

                                                                  S/ Christopher C. Conner
                                                                   CHRISTOPHER C. CONNER
                                                                   United States District Judge