# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:06-CR-0319** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **JERRY L. RICHARDS**, | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 20th day of July, 2009, upon consideration of the notice of election (Doc. 134) filed by petitioner, and it appearing that petitioner wishes to withdraw his motion (Doc. 132) to vacate under 28 U.S.C. § 2255 and file an all-inclusive motion, it is hereby ORDERED that the motion to vacate (Doc. 132) is DEEMED withdrawn.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge